**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. 15-cv-01448-AP

PATRICIA ALCANTAR,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION REQUESTING SERVICE BY U.S. MARSHAL**

---

    Plaintiff has submitted a Motion Requesting Service by U.S. Marshal (Doc.7). The Motion is granted.

    IT IS ORDERED that the United States Marshals Service shall serve process on Defendant.

    DATED at Denver, Colorado, this 9th day of July, 2015.

                                 *s/John L. Kane*
                                 Senior U.S. District Court Judge